FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 6 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-3366 JB |
| vs. | ) 18 U.S.C. § 2422(b): Attempted Coercion and Enticement. |
| **JULIAN GUNTHER**, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

From on or about May 1, 2025, and continuing to on or about June 12, 2025, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **JULIAN GUNTHER**, using any facility of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney