AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JULIAN GUNTHER | ) Case No. CR 25-3366 JB | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

**FILED**
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JULIAN GUNTHER                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b): Attempted Coercion and Enticement.

Date:   08/26/2025

*N. Maestas*
Issuing officer's signature

City and state:   Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/26/2025, and the person was arrested on *(date)* 8/28/2025
at *(city and state)* Albuquerque, NM.

Date: 9/2/2025

*[signature]*
Arresting officer's signature

Jill Albee, Special Agent
*Printed name and title*